**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE,<br>*on behalf of himself and*<br>*others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>FREEBIRD, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:25-cv-02503<br><br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: January 30, 2026


*/s/ William Robinson*
William Robinson
VSB:76098
4067 South Four Mile Run Drive, #302
Arlington VA 22204
ph. 703-789-4800
wprlegal@gmail.com


So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

2/4/26